# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| LISA S. HALL, | Civil No. 09-1981 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| C.H. ROBINSON WORLDWIDE, INC., *et al.,* | **WITH PREJUDICE** |
| Defendants. | |

___

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on September 29, 2009 [Docket No. 29], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the above-entitled action shall be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

DATED: October 6, 2009
at Minneapolis, Minnesota.

                                              s/John R. Tunheim
                                            JOHN R. TUNHEIM
                                      United States District Judge